F. H. CONKLIN & G. W. HARRINGTON, INC., Respondent, v. FRANK PIEKARSKI, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs on appeal by October third and be ready for argument October ninth.

JOSEPH GARTEN, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION OF PERTH, SCOTLAND, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers on appeal and pay to respondent's attorney ten dollars on or before October twenty-sixth and be ready for argument November fourteenth.

## FIRST DEPARTMENT, OCTOBER, 1922.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK v. HENRY M. GOLDFOGLE, President, and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of THE CLAYTON Co., INC., Appellant, to Punish PERCIVAL E. NAGLE, Sheriff of the County of New York, Respondent, as and for a Contempt of This Court.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HARRIET CORTLANG, Respondent, v. CHARLES R. O'CONNOR and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES P. ROGERS & COMPANY, INC., Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK AUDITORE, as Sole Surviving Partner, etc., Respondent, v. ALVAH L. EHRNMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and and Merrell, JJ.

MARY E. CHAFFEE, Appellant, v. GEORGE M. CHAFFEE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted directing defendant to pay $250 a month as alimony and $500 counsel fee. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANDREW M. DUPAY, Respondent, v. FRANK J. GALBINA, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY FISCHER, Appellant, v. WABASH RAILWAY COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

EDMOND WEIL and Others, Trading under the Firm Name and Style of ALPHONSE WEIL & BROS., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.